1

2

3

4

5

6

7

8

9

10

**FILED**

JAN 2 4 2018

SUSAN Y. SOONG
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN JOSE

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

11

12

13

14

15

16

17

UNITED STATES OF AMERICA,

      Plaintiff,

    v.

KATARINA DOMINGUEZ, a/k/a
VANESSA HAINES,

      Defendant.

)
)
)
)
)
)
)
)
)
)
)
)

CR NO.: 18-70040-MJ (HRL)

ORDER OF REMOVAL

18

19

20

21

22

23

The defendant, having waived removal hearing, is hereby ordered removed to the District of

Columbia. The defendant is ordered to report on February 1, 2018 at 9:00 a.m. to the U.S. Pretrial

Services Office at the Superior Court of the District of Columbia, 500 Indiana Avenue NW,

Washington, D.C. 20001. *The clerk is ordered to transfer any bail deposited in the registry of this court to the clerk of court where the*

IT IS SO ORDERED. *charges are pending.*

24

25

26

27

28

1/24/18

HOWARD R. LLOYD
United States Magistrate Judge